# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-931
Lower Tribunal No. 17-269-P
_____


**Kevin Tolly, et al.,**
Appellants,

vs.

**Cornerstone Construction of the Keys, Inc., etc.,**
Appellee.


An appeal from the Circuit Court for Monroe County, Luis Garcia, Judge.

Malka & Kravitz, P.A., and Ian T. Kravitz (Fort Lauderdale), for appellants.

Hershoff, Lupino & Yagel, LLP, Jessica Rothenberg, and James S. Lupino, for appellee.


Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Cavallaro v. Stratford Homes, Inc., 784 So. 2d 619, 621 (Fla. 5th DCA 2001); Cano, Inc. v. Judet, 331 So. 3d 179, 181–83 (Fla 4th DCA 2021); Marshall-Shaw v. Ford, 755 So. 2d 162, 166 (Fla. 4th DCA 2000); Congress Park Off. Condos II, LLC v. First-Citizens Bank & Tr. Co., 105 So. 3d 602, 603 (Fla. 4th DCA 2013).